

**U.S. Department of Justice**
*United States Attorney*
*District of New Mexico*

*Post Office Box 607*          *505/766-3341*
*Albuquerque, New Mexico  87103*     *505/766-2868*
                                *FAX 505/766-8517*

July 29, 2019

The Honorable John F. Robbenhaar
U.S. District Court
333 Lomas Blvd., NW, #730
Albuquerque, NM 87102

Re:   *United States v. Darrell Desiderio and Ervin Yazzie*; 19-CR-02320-MV

Dear Judge Robbenhaar:

    Please accept this request for the appointment of counsel on behalf of Ervin Yazzie in the above-referenced cause. This appointment is necessary to assist in discussions with Mr. Yazzie regarding his pending charges. Mr. Yazzie is currently incarcerated in the New Mexico Department of Corrections.

*Approved JFR*

    Respectfully,

    JOHN C. ANDERSON
    United States Attorney

    JOSEPH SPINDLE
    Assistant United States Attorney