UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **19-CR-2320**      DATE: **10/9/2019**      TAPE NUMBER: **LCR-ROSWELL**

CLERK**: MICHELLE PETTIT**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Ervin Yazzie** | | ☐ | ☐ |

AUSA: **Jake Wishard**
Pretrial Officer present: **Ana Borjon**
Court in Session: **11:30 A.M. to 11: 45 A.M. (15 MINS)**

☒    Defendant was given/read a copy of charging document

☐    Agent sworn in OPEN COURT

☒    Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒    Court advises defendant(s) of possible penalties

☒    Court advises defendant(s) of all constitutional rights

☐    ORAL Motion for detention Hearing by Government

☐    Court grants Government's ☐   Defense ☐    oral motion to continue detention hearing

☐    Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒    Defendant(s) in custody

☐    Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐    Conditions of Release set at:

☒    Other: **ARRAIGNMENT/ DETENTION HEARING IN ALBUQUERQUE ON THURSDAY, OCTOBER 17TH, 2019 AT 9:30 A.M. BEFORE JUDGE KHALSA IN THE RIO GRANDE COURTROOM.**