AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
ERVIN YAZZIE

Defendant

Case No. CR 19-2320 MV

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ERVIN YAZZIE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1153, and 1111: First Degree Murder; 18 U.S.C. §§ 2: Aiding and Abetting;

Count 2: 18 U.S.C. §§ 1153 and 1201(a): Kidnapping Resulting in Death;

Count 3: 18 U.S.C. §§ 1153 and 1201(c): Conspiracy to Commit Kidnapping.

Date:     07/25/2019

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/26/19, and the person was arrested on *(date)* 10/8/2019
at *(city and state)* Hobbs, NM

Date: 10/8/2019

*Arresting officer's signature*

Gary McCoy  Deputy US Marshal
*Printed name and title*

Picked up on detainer at LCCF