# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19cr2320-002 MV | UNITED STATES vs. Yazzie | |
| Hearing Date: | 10/18/2019 | Time In and Out: | 9:38-9:42 |
| Courtroom Deputy: | E. Hernandez | Digital Recording: | Rio Grande |
| Defendant: | Ervin Yazzie | Defendant's Counsel: | Robert Gorence |
| AUSA: | Joseph Spindle | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Thursday, November 07, 2019
- ☒ Discovery Order electronically entered    ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set
- ☒ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☐