AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FEB **0 3** 2020

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-CR-2320 MV |
| ERVIN YAZZIE | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   _____02/03/2020_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Robert Gorence
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____Hon. B. Paul Briones, U.S. Magistrate Judge_____
*Judge's printed name and title*